# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 19-00335-01-CR-W-HFS |
| ) | |
| ROBERT BERBERICH, ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

The Defendant, Robert Berberich, appeared before me pursuant to Fed.R.Crim.P. 11, Local Rule 72.1(b)(1)(J), and 28 U.S.C. § 636 and entered a plea of guilty to the charges in the Indictment (Doc. #13). Court I of the Indictment charges Defendant with a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), that is, distribution of 5 grams or more of methamphetamine (actual). (Doc. #13.) Count II of the Indictment charges Defendant with a violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A), that is, distribution of 50 grams or more of methamphetamine (actual). (Doc. #13.) Count III charges Defendant with a violation of 18, United States Code, Sections 922(g)(1) and 924(a)(2), that is, being a felon in possession of a firearm. (Doc. #13.) I determined that the guilty plea is knowledgeable and voluntary and that the offense charged is supported by an independent basis in facts containing each of the essential elements of such offenses. A record was made of the proceedings and a transcript has been requested. Based on the foregoing, it is

RECOMMENDED that Defendant Robert Berberich's plea of guilty be accepted and that Defendant Robert Berberich be adjudged guilty and have sentence imposed accordingly.

Failure to file written objections to this Report and Recommendation within fourteen days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1).

*/s/ Lajuana M. Counts*
LAJUANA M. COUNTS
UNITED STATES MAGISTRATE JUDGE