IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 19-00335-CR-W-HFS |
| ROBERT BERBERICH | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At a Change of Plea Hearing held on August 27, 2020, before Magistrate Judge Lajuana M. Counts, defendant entered a guilty plea to Count 1 of the Indictment, that is, distribution of 5 grams or more of methamphetamine (actual), Count II of the Indictment, that is, distribution of 50 grams or more of methamphetamine (actual), and Count III of the Indictment, that is, being a felon in possession of a firearm.

In a Report and Recommendation dated September 2, 2020 (Doc. 34), Judge Counts determined that the guilty plea was knowledgeable and voluntary

and that the offenses were supported by an independent basis in fact containing each essential element of the offense.

After review of the hearing record (and in the absence of objections) I ADOPT the Report and Recommendation (Doc. 34) and ACCEPT defendant's guilty plea and direct the Clerk to enter it. A Presentence Investigation Report shall be filed within 120 days.

s/ HOWARD F. SACHS
HOWARD F. SACHS
United States District Judge

Dated: September 22, 2020
Kansas City, Missouri